UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYLER ERIC NURNBERG,

    Plaintiff,

v.                                                Case No. 3:21cv4370-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 10, 2022 (ECF No. 5). The court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's

Case No. 3:21cv4370-LC-HTC

failure to prosecute and failure comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 14th day March of 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv4370-LC-HTC